[No. 12035-0-III.   Division Three.   January 7, 1993.]

BAKER RANCH, INC., *Respondent*, v. CLIFFORD TROUT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-2-00120-1, Yancey Reser, J., entered October 23, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson, J., Sweeney, J., dissenting.

[No. 14623-1-II.   Division Two.   January 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JO SHEILA RAHIER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00399-7, Milton R. Cox, J., entered December 14, 1990. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrich, J., and Worswick, J. Pro Tem.

[No. 14677-1-II.   Division Two.   January 7, 1993.]

MICHAEL MORALES, ET AL, *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00248-6, Paula Casey, J., entered February 6, 1991. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Alexander, C.J., and Swanson, J. Pro Tem.